81,914-03

Honorable Court of Criminal Appeals of Texas,

My name is Riderick Andre Hall, I am writing you

in concerns of cause No 2012-436716-C. I filed a

Art 11.07 Habeas corpus motion, in the criminal

court of Appeals of Texas. From my knowledge and

understanding it was dismissed without written

order from a post card that I recieved on or

about Feb, 24 2015 it stated that my applicant

for 11.07 writ of habeas corpus was denied without

written order with the findings of the trail

courts decision and that no hearing was held

concerning my 11.07. With that being said why

would the court of criminal appeals thoroughly

not review my 11.07 motion? In all due respect

the District Attorney's office here in Lubbock, TX

is not in my best intrest. The applicant's Art 11.07

application for writ of habeas corpus motion, clearly

states numerous reasons and grounds for the 11.07

motion to be granted in your court room. All I'm

asking the court to do is to review my 11.07 motion

and look at the grounds/facts: Ineffective assist-

ance of counsel, conviction by coerce and duress (Ma.

Hurley in 3 years never told me I'm facing aggravated

time or 30 years flat time until the day of trail,

I was put under duress to sign the guilty plea).

And also a plea of guilt, with the misunder standing

OF THE CONSEQUENCES OF THE PLEA AND THE NATURE OF THE CHARGE. ONLY ONE GROUND IS NEEDED TO HAVE MY MOTION GRANTED.

FIRST OF ALL, MR. HURLEY KNEW THAT I WAS NEVER FACING ANY AGGRAVATED TIME, THAT WAS MENTIONED IN HIS "AFFIDAVIT OF DANIEL W. HURLEY IN RESPONSE TO RODERICK'S HALL'S CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL" DATED JANUARY 21, 2015. IN HIS YEARS OF EXPERTISE, HE ALSO KNEW MY "DUE PROCESS" PER COURT SYSTEMS HAD BEEN VIOLATED ON NUMEROUS OCCASIONS:

1ST INDICTMENT DISMISAL, RE-INDICTMENT, NO JUDGE APPEARANCE

2ND SUPPRESSION OF SEARCH WARRANT

3RD PROBABLE CAUSE FOR SEARCH WARRANT

4TH NO PROPER MOTIONS FILED STEMMING FROM 2011 CAUSE NO. THEREFOR ON THE NEW INDICTMENT OF 2012-436 716 ALL MOTIONS WOULD HAVE HAD TO BE REFILED WITH THE COURTS.

THESE ARE ONLY A FEW OF MR. HURLEY'S, INEFFECTIVE DEFICIENT PERFORMANCE THAT PREJUDICED THE DE-FENDANT, COERCING ME UNDER DURESS, TO SIGN THE "GUILTY PLEA" MISLEADING ME INSTEAD OF CHALLENGING ALL THE DISTRICT ATTORNEY'S EVIDENCE TO THE BEST OF KNOWLEDGE AND EXPERIENCE.

HONORABLE COURT, IN ALL DUE RESPECT THERES ONLY "ONE" GROUND (S) NEEDED IN ORDER FOR MY 11.07 MOTION TO BE GRANTED IN ORDER TO GET AN APPEAL

If the courts thoroughly review my petition, and the fact(s) of this case you will see numerous reasons to grant the 11.07 motion. If Mr. Hurley, was working in an attorney-client relationship theirs "no way" he would let all the states evidence and incorrect procedures slip by and coerce me into signing a guilty plea! He knew by his experties that the evidence and incorrect procedures of the Lubbock police dept. that the D.A.'s office had, there was no way for them to prove a reasonable-doubt, case with all the incorrect procedures and facts in this cause number. I signed a contract with Mr. Hurley's law firm, that he was working in my best intrest. I'm not knowledgable in criminal law, so I entrusted in Mr. Hurley's law firm to be in my best intrest to render "effective assistance" in defending me, his client. In all due respect, all I'm asking in the court(s) is to review my 11.07 motions and facts, and consider granting the applicant's art 11.07 application for writ of habeas corpus motion. Thank you for your time

Sincerely Mr. Hall

On this day 17th of March 2015

Signed,